UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES VALERIO,

                Petitioner,

v.

WILLIAM JOYCE, in his official capacity as District Director of New York, Immigration and Customs Enforcement,

                Respondent.

No. 25-CV-8714

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 21, 2025, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  It is hereby ordered that:

1. Respondent shall file an opposition by October 24, 2025 as to why the petition for a writ of habeas corpus should not be granted.
2. Petitioner shall have the opportunity to reply by October 27, 2025.
3. This matter shall be heard by the Court on October 28, 2025, at 11:00 a.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.  Respondent shall produce Petitioner at this hearing.
4. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.
5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:    October 21, 2025
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge